

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00274-CV

**EX PARTE** Pierre R. **PION**

Original Habeas Corpus Proceeding[1]

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Jason Pulliam, Justice

Delivered and Filed:  July 15, 2015

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED AS MOOT

On May 4, 2015, relator Pierre R. Pion filed a petition for writ of habeas corpus. Pion sought to vacate a November 2014 trial court order finding him in contempt and authorizing his arrest and confinement. The challenged order was signed by the Honorable Janet Littlejohn, who is no longer the presiding judge of the 150th Judicial District Court, Bexar County, Texas. This court abated the original proceeding on May 5, 2015, to allow the newly elected judge of the 150th Judicial District Court to reconsider the predecessor judge's order. *See* TEX. R. APP. P. 7.2(b).

On June 1, 2015, this court received an order from the new trial judge, vacating the order complained of in this original proceeding. In our order of abatement, we also ordered Pion as the relator to provide this court with either an amended petition or an appropriate motion to dismiss

---

[1] This proceeding arises out of Cause No. 2011-CI-16008, styled *Rhonda Gay Pion v. Pierre R. Pion*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn presiding.

following the trial court's ruling on reconsideration. Relator has not filed an amended petition, a motion to dismiss, or any other pleading addressing the effect of the trial court's order signed June 1. However, because the challenged order has been vacated, we conclude the petition for writ of habeas corpus is appropriately dismissed as moot. *See, e.g., In re Bergenholtz*, No. 05-15-00350-CV, 2015 WL 1383110, at *1 (Tex. App.—Dallas Mar. 25, 2015, orig. proceeding) (citing *Ex Parte Mascorro,* No. 04-11-00795-CV, 2011 WL 6009095, at *1 (Tex. App.—San Antonio Nov. 30, 2011, orig. proceeding) ("Because relator is no longer confined, we have determined this petition is now moot.").

PER CURIAM